**[ORAL ARGUMENT NOT SCHEDULED]**

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

ELECTRONIC PRIVACY INFORMATION
CENTER.,

        Plaintiff-Appellant,

v.

DEPARTMENT OF HOMELAND SECURITY,

        Defendant-Appellee.

No. 13-5113

---

**CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES**

Pursuant to D.C. Circuit Rules 15(c)(3) and 28(a)(1), appellee hereby submits the following Certificate as to Parties, Rulings, and Related Cases.

**A.**    **Parties and Amici**

Plaintiff-appellant is the Electronic Privacy Information Center. Defendant-appellee is the United States Department of Homeland Security. There were no amici in district court.

**B.**    **Rulings Under Review**

The rulings under review are the district court's Memorandum Opinion and Order filed on March 7, 2013.

## C. Related Cases

Plaintiff has identified *Electronic Privacy Information Center v. Transportation Security Administration*, No. 11-290 (D.D.C. Mar. 7, 2013), *appeal docketed*, No. 13-5114 (D.C. Cir.), as a related case, and has moved to consolidate the two appeals. Defendant has not yet had the opportunity to determine its position regarding consolidation, and reserves the right to oppose plaintiff's motion.

    Respectfully submitted,

    LEONARD SCHAITMAN
     (202) 514-3441

      s/ John S. Koppel
    JOHN S. KOPPEL
     (202) 514-2495
    Attorneys
    Civil Division, Appellate Staff
    U.S. Department of Justice
    950 Pennsylvania Ave., N.W., Rm. 7264
    Washington, D.C. 20530

MAY 2013

## CERTIFICATE OF SERVICE

I hereby certify that on May 20, 2013, I filed and served the foregoing with the Clerk of the Court by causing a copy to be electronically filed via the appellate CM/ECF system. I also hereby certify that the participants in the case are registered CM/ECF users and will be served via the CM/ECF system.

                                                s/ John S. Koppel
                                               JOHN S. KOPPEL
                                                  Attorney