# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER, | ) ) ) |
| Plaintiff-Appellant, | ) ) ) |
| v. | ) No. 13-5113 ) ) |
| DEPARTMENT OF HOMELAND SECURITY, | ) ) ) ) |
| Defendant-Appellee. | ) ) |

## REPRESENTATION OF CONSENT FOR CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON TO PARTICIPATE AS *AMICUS CURIAE*

Pursuant to Circuit Rule 29(b), Citizens for Responsibility and Ethics in Washington ("CREW") respectfully submits this representation that all parties consent to CREW's participation in this case as *amicus curiae* in support of appellant. Such consent has been granted by counsel for appellant, Marc Rotenberg, and counsel for appellee, John Koppel.

As required by Circuit Rules 26.1 and 29(b), a corporate disclosure statement accompanies this notice.

Respectfully submitted,

   */s/ Anne L. Weismann*
ANNE L. WEISMANN
Citizens for Responsibility and Ethics
 in Washington
1400 Eye Street, N.W., Suite 450
Washington, D.C. 20005
(202) 408-5565

Counsel for *Amicus Curiae*

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. App. P. 26.1 and Circuit Rules 26.1 and 29(b), *amicus curiae* Citizens for Responsibility and Ethics in Washington (CREW) submits this corporate disclosure statement.

CREW does not have a parent company, and is not a publicly-held company with a 10% or greater ownership interest. CREW is a non-profit, non-partisan corporation, organized under section 501(c)(3) of the Internal Revenue Code.

Through a combined approach of research, advocacy, public education, and litigation, CREW seeks to protect the rights of citizens to be informed about the activities of government officials and to ensure the integrity of those officials. CREW frequently files Freedom of Information Act requests to access and make publicly available government documents that reflect on, or relate to, the integrity of government officials and their actions.

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of May, 2013, I electronically filed the foregoing Representation of Consent for Citizens for Responsibility and Ethics in Washington to Participate as *Amicus Curiae* and CREW's Corporate Disclosure Statement by using the Court's CM/ECF system.

Service of the documents listed above was accomplished on the following by the CM/ECF system:

>Marc Rotenberg
>Electronic Privacy Information Center
>1718 Connecticut Ave., N.W.
>Suite 200
>Washington, D.C. 20009
>
>John Koppel
>U.S. Department of Justice
>Civil Division, Appellate Staff
>Room 7264
>950 Pennsylvania Avenue, N.W.
>Washington, D.C. 20530-0001

>  */s/ Anne L. Weismann*
>  ANNE L. WEISMANN