# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 13-5113**                                    **September Term, 2012**

1:10-cv-01992-RCL

**Filed On:** July 30, 2013

Electronic Privacy Information Center,

       Appellant

    v.

United States Department of Homeland Security,

       Appellee

**No. 13-5114**

Electronic Privacy Information Center,

       Appellant

    v.

Transportation Security Administration,

       Appellee

      **BEFORE:**    Rogers, Brown, and Kavanaugh, Circuit Judges

### O R D E R

      Upon consideration of the motion to consolidate, the opposition thereto, and the reply, it is

      **ORDERED** that the motion to consolidate be granted and that the above-captioned cases be consolidated.

**Per Curiam**